

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

*H.B. 70 declared Uncont.*

Texas Board of Chiropractic Examiners
Littlefield Building
Austin, Texas

Attention: Mr. Paul L. Myers

Dear Sir:

Opinion No. O-5718
Re: Where an applicant is permitted to take chiropractic examination and issued a license and later it is found that the applicant's diploma was obtained through fraud, or that the same is a fake diploma, the Board is authorized to revoke, cancel or suspend said license.

We acknowledge receipt of the printed form application to take chiropractic examinations and your request for an opinion on the following three questions:

"Question: Will a photostatic copy of a diploma, considering the other information and conditions under which same are required, be considered as good evidence of the fact that the applicant has a degree?

"Question: Considering the magnitude of the problem of public health and considering the Chiropractic law and other Texas Laws, is the Chiropractic Board requiring sufficient information in its application for permission to take the examinations?

"Question: Should an applicant be admitted to the examination upon approval of an application such as the above, and it later be found that his diploma was obtained through fraud, or that same is a fake, would it be possible under the Chiropractic law to suspend or cancel his license?"

We first call your attention to Section 8 of House Bill 20, which reads as follows:

"The Board shall not grant a license to any person until such person shall have successfully passed a written examination given by the Board, provided that the examination of licensee under this Act shall include a written examination in physiology, Anatomy, Hygiene and Sanitation, Biochemistry, and Pathology as taught in schools and colleges where each of such subjects taught are of equal magnitude with that required of licensed practitioners of medicine and surgery in this State; provided those who are graduate chiropractors of a reputable chiropractic college who are actively practising chiropractic in this State on the effective date of this Act and who successfully pass this examination, shall be relieved from meeting the requirements of having had two (2) years college training and thirty-six hundred (3600) hours in a chiropractic school or college as herein provided. Before the Board allows any person to take an examination, it shall find that said person is of good moral character, a citizen of the United States, has at least two (2) years college work, or the equivalent, and shall be at least twenty-one (21) years of age, and shall be a graduate of a recognized chiropractic school or college; provided those now in the armed forces of the United States possessing diplomas from a Chiropractic School or College approved by the Board may be granted a license under the same conditions, upon their honorable discharge from such armed forces or within one (1) year thereafter." (Underscoring ours)

We next call your attention to Section 12 (3) of House Bill 20, which provides as follows:

"Sec. 12. The Board shall have the authority to revoke, cancel, or suspend the license, or refuse to give the examinations to any applicant for the following reasons:

". . . .

"3. The presentation to the Board, or use of any license, certificate or diploma, which was illegally or fraudulently obtained, or if any fraud or deception has been practiced in passing the examination;

". . . ."

It is the opinion of this department that where an applicant takes the chiropractic examination and is issued a license and later it is found that the applicant's diploma was obtained through fraud, or said diploma is a fake, the Board is authorized to revoke, cancel or suspend said license.

We have carefully examined the printed form of an application to take the chiropractic examination and are of the opinion that same is sufficient; however, on each application it is the duty of the Board to satisfy themselves that the applicant meets the requirements of Section 8 of House Bill 20 in all respects. The Board must find that the applicant's diploma, if any, is from an accredited college or school as provided in said Act.

You are advised that a photostatic copy of a diploma is sufficient, provided the diploma was issued by an accredited or approved school or college.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Jesse Owens
Assistant

JO:db

Gerald C. Mann


OPINION COMMITTEE
BY _____
CHAIRMAN